UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROYAL PALM SENIOR INVESTORS, LLC,

                Plaintiff,

-against-

CARBON CAPITAL II, INC.,

                Defendant.

08 Civ.

'08 CIV 4319



## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate-Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff Royal Palm Senior Investors, LLC ("Royal Palm"), a non-governmental limited liability company, certifies that there exists the following parent companies, subsidiaries, or affiliates of defendant that have outstanding securities in the hands of the public: Royal Palm is not a publicly held company and has no parent corporation. No publicly held company owns 10% or more of Royal Palm's membership interests.

Dated: New York, New York
       May 7, 2008

ARNOLD & PORTER LLP

By _____
H. Peter Haveles, Jr.
Jonathan N. Francis
399 Park Avenue
New York, NY 10022-4690
Telephone: (212) 715-1000
peter_haveles@aporter.com

Attorneys for Plaintiff