# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4319

Date Filed: _____

Plaintiff:
**ROYAL PALM SENIOR INVESTORS, LLC**

vs.

Defendant:
**CARBON CAPITAL II, INC.**

Received by ASK Litigation Support, Inc. to be served on **CARBON CAPITAL II, INC., 40 East 52nd St., New York, NY 10022**.

I, Simon Kahn, being duly sworn, depose and say that on the **7th day of May, 2008** at **4:00 pm, I**:

Personally delivered a true copy of the **Summons & Complaint** to Tina Stewart, Exec. Ass't to Peter Vaughn, Mng. Dir. and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'4",  Weight: 125,  Hair: Blond,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____5/13/08____
Date

**Simon Kahn**
Process Server

**ASK Litigation Support, Inc.**
**D/B/A Firm Service**
**211 East 43rd Street, Suite 1901**
**New York, NY  10017**
**(212) 481-9000**
Our Job Serial Number: 2008000298

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j