UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GUY T. MITCHELL,                          :
                                          :
            Plaintiff,                    :   Index No. 08 Civ. 4319 (JES)
                                          :
     - against -                          :   **ELECTRONICALLY FILED**
                                          :
                                          :   **NOTICE OF APPEARANCE**
CARBON CAPITAL II, INC.,                  :
                                          :
            Defendant.                    :
                                          :
                                          :
------------------------------------------------X

TO THE CLERK:

      Please enter an appearance in the above-captioned action for NICHOLAS P. CROWELL, as counsel for Plaintiff Carbon Capital II, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
       May 15, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: ___/s/ Nicholas P. Crowell___
    Nicholas P. Crowell
    Isaac S. Greaney
    Alex J. Kaplan
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

*Attorneys for Defendant Carbon Capital II, Inc.*