UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
GUY T. MITCHELL,                             :
                                             :
            Plaintiff,        : Index No. 08 Civ. 4319 (JES)
                                             :
      - against -                           : **ELECTRONICALLY FILED**
                                             :
                                             : **NOTICE OF APPEARANCE**
CARBON CAPITAL II, INC.,                     :
                                             :
            Defendant.        :
                                             :
                                             :
---------------------------------------------X

TO THE CLERK:

      Please enter an appearance in the above-captioned action for ISAAC S. GREANEY, as counsel for Plaintiff Carbon Capital II, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York  
       May 15, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____  
    Nicholas P. Crowell  
    Isaac S. Greaney  
    Alex J. Kaplan  
    787 Seventh Avenue  
    New York, New York 10019  
    (212) 839-5300

*Attorneys for Defendant Carbon Capital II, Inc.*