UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
GUY T. MITCHELL,                       :
                                       :
                Plaintiff,   :   Index No. 08 Civ. 4319 (JES)
                                       :
      - against -                    :   **ELECTRONICALLY FILED**
                                       :
                                       :   **NOTICE OF APPEARANCE**
CARBON CAPITAL II, INC.,               :
                                       :
                Defendant.   :
                                       :
                                       :
---------------------------------------X

TO THE CLERK:

        Please enter an appearance in the above-captioned action for ALEX J. KAPLAN, as counsel for Plaintiff Carbon Capital II, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York        Respectfully submitted,
       May 15, 2008
                                           SIDLEY AUSTIN LLP

                                           By: _____
                                                Nicholas P. Crowell
                                                Isaac S. Greaney
                                                Alex J. Kaplan
                                                787 Seventh Avenue
                                                New York, New York 10019
                                                (212) 839-5300

                                             *Attorneys for Defendant Carbon Capital II, Inc.*