UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GUY T. MITCHELL,                              :
                                              :
                       Plaintiff,             :    Index No. 08 Civ. 4319 (JES)
                                              :
            - against -                       :
                                              :
                                              :
CARBON CAPITAL II, INC.,                      :
                                              :
                       Defendant.             :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Carbon Capital II, Inc. ("Carbon II") (nongovernmental corporate party) files this

disclosure statement.

Carbon II is a private real estate debt fund incorporated in Maryland. It is

managed by BlackRock Financial Management Inc., a subsidiary of BlackRock, Inc.

("Blackrock"). BlackRock is an investment management firm, whose shares are publicly traded

on the New York Stock Exchange. Anthracite Capital, Inc. ("Anthracite"), a public company,

owns 26.28% of Carbon II. Shares of Anthracite are publicly traded on the New York Stock

Exchange.

Merrill Lynch & Co., Inc. ("Merrill Lynch"), a public company, owns

approximately 45.1% of the BlackRock's voting common stock and approximately 49.0% of

BlackRock's capital stock. Shares of Merrill Lynch are publicly traded on the New York Stock

Exchange. The PNC Financial Services Group, Inc. ("PNC"), a public company, owns

2

approximately 33.5% of BlackRock's capital stock.  Shares of PNC are publicly traded on the

New York Stock Exchange.

Dated: New York, New York
       May 15, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
    Nicholas P. Crowell
    Isaac S. Greaney
    Alex J. Kaplan
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

*Attorneys for Defendant Carbon Capital II, Inc.*