```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROYAL PALM SENIOR INVESTORS LLC.,

                Plaintiff(s),

        - against -                         08 Civ. 4319 (JES)
                                                 ORDER
CARBON CAPITAL II, INC.,

                Defendant(s).
----------------------------------------X
```

Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on May 14, 2008, and plaintiff having sought a Preliminary Injunction against defendant, and the Court having considered all matters raised, it is

**ORDERED** that, as discussed at the aforementioned Conference, all discovery in the above-captioned action relating to plaintiff's application for a Preliminary Injunction shall be completed on or before June 11, 2008; and it is further

**ORDERED** that plaintiff shall post a bond in the amount of $5,000 on or before May 16, 2008 at 5:00 p.m.; and it is further

**ORDERED** that all parties will maintain the status quo with respect to operation of the Royal Palm Hotel pending a hearing on plaintiff's application for a Preliminary Injunction; and it is further

**ORDERED** that a Hearing on plaintiff's application for a Preliminary Injunction shall occur on June 11, 2008 at 12:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         May  15 , 2008

                                        _____
                                              John E. Sprizzo
                                        United States District Judge