UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GUY T. MITCHELL and ROYAL PALM SENIOR :
INVESTOR, LLC,
:
                       Plaintiffs,     :    Index No. 08 Civ. 4319 (JES)
:
       - against -     :    **NOTICE OF MOTION**
:
CARBON CAPITAL II, INC.,
:
                       Defendant.    :
------------------------------------X

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Nicholas P. Crowell, dated July 18, 2008, and the exhibits attached thereto, the accompanying memorandum of law in support of this motion, any other submissions that shall be made in support of this motion, and all prior proceedings had herein, the undersigned, on behalf of Defendant Carbon Capital II, Inc., will move this Court, before the Honorable John E. Sprizzo, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, to dismiss all claims set forth in Royal Palm Senior Investors, LLC's Notice of Appearance, Response to Pleadings, and Claims, in their entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York        SIDLEY AUSTIN LLP
       July 18, 2008

                                        By: _____
                                            Nicholas P. Crowell
                                            Isaac S. Greaney
                                            Alex J. Kaplan
                                            787 Seventh Avenue
                                            New York, New York 10019
                                            Tel: (212) 839-5300

                                    *Attorneys for Defendant Carbon Capital II, Inc.*

To:   Richard R. Duvall
McCabe & Mack LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509


H. Peter Haveles, Jr.
Jonathan Francis
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022