UNITED STATES ... COURT
SOUTHERN DIST... ... NEW YORK
--------------------------------X
GUY ... THE ... AL PALM SENIOR :
INVESTORS, LLC... :
                                  :   08 Civ. 4319 (JES)
              ...intiff.,         :
                                  :   [PROPOSED] SCHEDULING
                                  :   ORDER
                                  :
                                  :
CARBON CAPIT... ...               :
                                  :
              ...endant.          :
                                  :
--------------------------------X

Th... ... ...onferred, and have agreed to the following Scheduling Order

concerning Carbon ... ...'s ("Carbon II") request to file a motion to dismiss (the

"Motion") ... ... ...lm Senior Investors, LLC ("RPSI"), subject to the Court's

approval, as follows:

        Ca... ... ... its Motion no later than July 18, 2008.

        RP... ... ... opposition to Carbon II's Motion no later than August 1, 2008.

        ... ...arbon II's Motion shall be heard on the __1__ day of October

2008 at 3:00 ...

Dated: July 22, ...08

                                              _for_ _____
                                                    Hon. John E. Sprizzo
                                                    United States District Court for the Southern
                                                    District of New York