UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROYAL PALM SENIOR INVESTORS LLC.,

                Plaintiff(s),

  - against -                    08 Civ. 4319 (JES)
                                    **ORDER**

CARBON CAPITAL II, INC.,

                Defendant(s).
----------------------------------------X

    The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

    **ORDERED** that the Hearing on plaintiff's application for a Preliminary Injunction previously scheduled for July 24, 2008 shall be and hereby is adjourned to August 14, 2008 at 2:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
           July 28, 2008

                                      John E. Sprizzo
                                    United States District Judge