```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
ROYAL PALM SENIOR INVESTORS, LLC, AND   :
GUY T. MITCHELL,                        :
                                        :
                     Plaintiffs,        :
                                        :   08 Cv. 4319 (BSJ)
           v.                           :
                                        :
                                        :       Order
CARBON CAPITAL II, INC.,                :
                                        :
                     Defendant.         :
---------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    By letter dated January 23, 2009, Plaintiffs' counsel Arnold & Porter, LLP informed the Court that on January 5, 2009, Royal Palm Senior Investors, LLC tendered an Assignment and Transfer of the membership interests in Royal Palm Hotel Properties, LLC (the "Membership Interests") to Defendant. In December 2008, Defendant noticed a foreclosure sale of the Membership Interests for January 6, 2009. The Court directs the parties to inform the Court of the status and results of the foreclosure sale by June 10, 2009.

SO ORDERED:

                                                        _____
                                                        **BARBARA S. JONES**
                                                **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
            May 29, 2009