```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
GUY T. MITCHELL and                     :
ROYAL PALM SENIOR INVESTORS, LLC,       :
                                        :
                Plaintiffs,             :
                                        :   08 Cv. 4319 (BSJ)
        v.                              :
                                        :
                                        :   **Order**
CARBON CAPITAL II, INC.,                :
                                        :
                Defendant.              :
---------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

In an opinion dated July 7, 2009, this Court granted Defendant Carbon Capital II, Inc.'s ("Carbon II") motion to dismiss and its motion for summary judgment on its counterclaims against Plaintiffs Guy T. Mitchell ("Mitchell") and Royal Palm Senior Investors, LLC ("Royal Palm").

Having reviewed Carbon II's submissions in support of their motion for supplemental judgment, it is hereby ordered that Carbon II have judgment against Plaintiffs Mitchell and Royal Palm in the total amount of $52,605,833.00. This amount includes the principal ($24,545,813.00), interest and fees ($26,537,925.76) and attorneys' fees and costs ($1,522,094.24).

SO ORDERED:

1

Case 1:08-cv-04319-BSJ   Document 98   Filed 10/13/09   Page 2 of 2

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
         October 13, 2009

2